CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison

**RELATED CASE INFORMATION:**   1:17 cr 56 HSO-JCG
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: NIKITA MARIE PIERNAS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 21 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Kathlyn Van Buskirk    BAR # 103657

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 7  _____ PETTY _____ MISDEMEANOR  7  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   21:846-CD.F | 21 USC § 846 | Conspiracy to Distribute/Dispense a Controlled Substance Outside the Scope of Professional Practice | 1 |
| Set 2   21:841A-CD.F | 21 USC § 841(a)(1) | Distribute/Dispense a Controlled Substance Outside the Scope of Professional Practice (Aiding & Abetting) | 3,5,24 33,40,42 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 6/13/17          SIGNATURE OF AUSA: _____

(Revised 2/26/10)