CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

*1:17cr 56 HSO-JCG*

**RELATED CASE INFORMATION:**

CITY: _____

SUPERSEDING INDICTMENT _____ DOCKET #_____

COUNTY: Harrison _____

SAME DEFENDANT _____ NEW DEFENDANT _____

MAGISTRATE JUDGE CASE NUMBER _____

R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES X___ NO

MATTER TO BE SEALED: X___ YES _____ NO

NAME/ALIAS:    JAMES THOMAS DAVIS III
_____

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**JUN 21 2017**

ARTHUR JOHNSTON
BY_____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA   Kathlyn Van Buskirk       BAR # 103657_____

INTERPRETER:   X___ NO _____ YES   LIST LANGUAGE AND/OR DIALECT:_____

**LOCATION STATUS:**    ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3_____    _____ PETTY _____ MISDEMEANOR    3_____ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   21:846-CD.F | 21 USC § 846 | Conspiracy to Distribute/Dispense a Controlled Substance Outside the Scope of Professional Practice | 1 |
| Set 2   21:843A-CP.F | 21 USC § 843(a)(3) | Possession of Controlled Substance by misrepresentation, fraud, forgery, deception or subterfuge (Aiding & Abetting) | 11 & 27 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 6/13/17          SIGNATURE OF AUSA: _____

(Revised 2/26/10)