CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

1:17cr56 HSO-JCG

CITY: _____

COUNTY: Harrison _____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: BRITTANY JALISA PAYNE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 21 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Kathlyn Van Buskirk   BAR # 103657

INTERPRETER:  X  NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 5 _____ PETTY _____ MISDEMEANOR  5  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  21:846-CD.F | 21 USC § 846 | Conspiracy to Distribute/Dispense a Controlled Substance Outside the Scope of Professional Practice | 1 |
| Set 2  21:843A-CP.F | 21 USC § 843(a)(3) | Possession of Controlled Substance by misrepresentation, fraud, forgery, deception or subterfuge (Aiding & Abetting) | 14,17,26 &39 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 6/13/17    SIGNATURE OF AUSA: _____

(Revised 2/26/10)